# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3140
_____

George Melvin Cannon

*Plaintiff - Appellant*

v.

Department of Justice

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: May 6, 2025
Filed: May 9, 2025
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

George Cannon appeals the district court's[1] dismissal of his pro se action. After careful de novo review of the record and the parties' arguments on appeal, we

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

affirm for the reasons stated by the district court.  See East v. Minnehaha Cnty., 986 F.3d 816, 820 (8th Cir. 2021) (de novo review of dismissal under Fed. R. Civ. P. 12(b)(6)); 8th Cir. R. 47B.

_____